UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOO JA CHO,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　-against-<br><br>COSTCO WHOLESALE CORPORATION,<br><br>　　　　　　　　　　Defendant. | 21-CV-06786<br><br>**<u>ORDER</u>** |

JENNIFER L. ROCHON, United States District Judge:

　　The Court is in receipt of the parties' joint letter, dated October 6, 2022, filed in response to the Court's September 22, 2022 Reassignment Order. ECF No. 10.

　　IT IS HEREBY ORDERED that the parties shall appear for a pretrial conference on October 19, 2022, at 11:00 a.m. in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007.

Dated: October 7, 2022
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　JENNIFER L. ROCHON
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge