UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SOO JA CHO,

                            Plaintiff,                    **TRIAL ORDER**

    -against-                                    21 Civ. 6786 (JCM)

COSTCO WHOLESALE CORPORATION,

                            Defendant.
------------------------------------------------------------X

The following dates shall apply to the trial of this matter:

1. Jury Selection will be held on March 4, 2024 in Courtroom 421.  Trial shall proceed immediately following the completion of jury selection.  Unless otherwise specified by the Court, trial shall continue each day from 9:00 a.m. until 5:00 p.m.

2. Joint Pre-Trial Order, including complete exhibit and witness lists, must be filed by January 8, 2024.  Please review the Court's Individual Rules of Practice for further instruction.  Counsel shall pre-mark all exhibits.

3. Proposed *voir dire* must be filed by January 8, 2024.

4. Proposed jury instructions and a proposed verdict form must be filed by January 8, 2024. The parties shall jointly provide a jury instruction for each claim or defense to be presented to the jury, and each proposed jury instruction shall indicate the authority for the requested instruction and, if a pattern instruction is used, whether the proposed instruction has been adapted or modified. The parties' proposed jury instructions and proposed verdict form shall each consist of a single document, noting any areas of disagreement between the parties.

5. Any motions *in limine* shall be filed by January 16, 2024.

6. Responses to motions *in limine* must be filed by January 24, 2024.

7. Final Pre-Trial Conference will be held on February 21, 2024 at 10:00 a.m. in Courtroom 421.

      The aforementioned papers shall be filed with the Clerk of the Court.  Counsel shall simultaneously provide courtesy copies to Chambers.  <u>Counsel shall also provide the Court with courtesy copies of all pre-marked exhibits, as well as any deposition transcripts to be used at trial, at least five days prior to the Final Pre-Trial Conference.</u>

Dated:  September 7, 2023
        White Plains, New York

                                                **SO ORDERED:**

                                          */s/ Judith C. McCarthy*
                                          JUDITH C. McCARTHY
                                          United States Magistrate Judge